IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 04-92951 |
| Jerald E. Turner } | |
| } | Chapter 7 |
| } | |
| Debtor } | |

MOTION TO REOPEN CASE

Comes now the Debtor, Jerald E. Turner by counsel, and for his Motion to Reopen Case states as follows:

1. Debtor's Chapter 7 Petition was filed on August 18, 2004.

2. The Trustee filed a report of no distribution on November 11, 2004.

3. The Debtor was granted a discharge on December 15, 2004.

4. Subsequent to the closing of this case, a creditor, L.L. Receivables filed suit against the debtor and on June 14, 2005 obtained a judgment against the debtor.

5. Although L.L. Receivables was not specifically listed as a creditor in the petition, its predecessor, Citibank was, in fact, listed. Even if the creditor was not listed, the debt would, nevertheless, have been discharged pursuant to this Court's ruling in **Ruth Wilson vs. Ron Lucas** Adv No. 00-9029.

6. L.L. Receivables' actions in attempting to collect the debt constitute a violation of the discharge injunction.

7. The Debtor requests that this case be re-opened for the purpose of enforcing the discharge injunction and holding this creditor and its attorney in contempt for willfully violating the discharge injunction.

        Respectfully Submitted,

        **/s/ RICHARD A SCHWARTZ**
        Richard A. Schwartz
        *Attorney for the Debtor*
        KRUGER, SCHWARTZ & MORREAU
        6040 Dutchmans Lane
        Suite 220
        Louisville, KY 40205
        (502) 485-9200

CERTIFICATE OF SERVICE

It is hereby certified that the following were electronically served on January 23, 2009:

Michael Walro, Trustee
429 East Main Street
Madison IN

and sent by ordinary first class mail to:

Howard Howe
Suite 605
50 South Meridian
Indianapolis, IN 46204
Counsel for L.L. Receivables

        **/s/ RICHARD A SCHWARTZ**
        Richard A. Schwartz